# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2019

159465

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JOSHUA LAVERN DAVIS,
    Defendant-Appellant.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159465
COA: 347326
Barry CC: 2015-000860-FH

On order of the Court, the application for leave to appeal the February 25, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2019



Clerk

a1120